KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
LANCE E. WINTERS
Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General
SHIRA B. SEIGLE
Deputy Attorney General
State Bar No. 267722
 300 South Spring Street, Suite 1702
 Los Angeles, CA  90013
 Telephone:  (213) 897-2356
 Fax:  (213) 897-6496
 E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CARDAROW DEAN HILL,**<br><br>                            Petitioner,<br><br>             v.<br><br>**WARDEN,**<br><br>                            Respondent. | Case No. CV 12-8641- FFM<br><br>**NOTICE OF LODGING** |

    Respondent hereby lodges with the Court for consideration with these proceedings a copy of the following documents from the proceedings related to *People v. Cardarow Dean Hill*, Los Angeles Superior Court case number VBA383621:

    1.    Transcript of the August 15, 2011, plea hearing;

    2.    Minute order dated August 15, 2011;

    3.    Abstract of judgment;

1

1  4.  Petition for Writ of Habeas Corpus filed in California Supreme Court case number S198866;

2  5.  Supplemental letter received by the California Supreme Court in case number S198866;

3  6.  Docket sheet in California Supreme Court case number S198866;

4  7.  Petition for Writ of Habeas Corpus filed in California Court of Appeal case number B242867; and

5  8.  Docket sheet in California Court of Appeal case number B242867.

Because these lodged documents are copies, Respondent does not request that they be returned.

Dated: February 5, 2013

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
LANCE E. WINTERS
Senior Assistant Attorney General
KENNETH C. BYRNE
Supervising Deputy Attorney General


/s/ Shira B. Seigle
SHIRA B. SEIGLE
Deputy Attorney General
*Attorneys for Respondent*

LA2012605738
51233265.doc

# CERTIFICATE OF SERVICE

Case Name:  *Cardarow Dean Hill v. Warden*     No.  CV 12-8641 (FFM)

I hereby certify that on February 5, 2013, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### NOTICE OF LODGING

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On February 5, 2013, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Cardarow Dean Hill
AI6415
North Fork Correctional Facility
J/B 209 LOW
1605 East Main
Sayre, OK  73662

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 5, 2013, at Los Angeles, California.

|  Marianne A. Siacunco  |  /s/ Marianne A. Siacunco  |
|  Declarant  |  Signature  |

51237208.doc