1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARDAROW DEAN HILL, | ) | No. CV 12-8641 FFM |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Granting Motion to Dismiss without Leave to Amend,
IT IS ADJUDGED that the Petition is dismissed without prejudice.


DATED:   May 22, 2013


                                    /S/ FREDERICK F. MUMM
                                    FREDERICK F. MUMM
                                    United States Magistrate Judge