1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT
8                         CENTRAL DISTRICT OF CALIFORNIA
9
10   CARDAROW DEAN HILL,                    )   No. CV 12-8641 FFM
                                            )
11                          Petitioner,     )
                                            )   JUDGMENT
12        v.                                )
                                            )
13   WARDEN,                                )
                                            )
14                          Respondent.     )
     _____ )
15
16        Pursuant to the Order Granting Motion to Dismiss without Leave to Amend,
17   IT IS ADJUDGED that the Petition is dismissed without prejudice.
18
19   DATED:   May 22, 2013
20
21                                          ____/S/ FREDERICK F. MUMM___
                                                 FREDERICK F. MUMM
22                                             United States Magistrate Judge
23
24
25
26
27
28